IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
TIMBERVIEW VETERINARY :
HOSPITAL, INC. : CASE NO. 1-14-0
a/k/a TIMBER VIEW VETERINARY, P.C. :
 :
          Debtor :
 :

## AFFIDAVIT OF SARA E. MUMMERT
## REGARDING DOCUMENTS REQUIRED UNDER 11 U.S.C. §1116(1)

COMMONWEALTH OF PENNSYLVANIA:
                              : ss.
COUNTY OF DAUPHIN :

      SARA E. MUMMERT, being duly sworn, declares as follows:

      1.    I am the Owner of Timberview Veterinary Hospital, Inc. a/k/a Timber View Veterinary, P.C. ("Timberview").

      2.    Timberview, the debtor and debtor-in-possession herein (the "Debtor"), is a Pennsylvania corporation with a principal address and place of business located at 106 West Cabin Hollow Road, Dillsburg, Pennsylvania 17019. Its taxpayer identification numbers are 20-1602733 and 46-4366761.

      3.    The Debtor operates a veterinary hospital.

      4.    The Debtor filed a voluntary chapter 11 Petition on May 23, 2014.

      5.    Section 1116 of Title 11, U.S.C. provides, in relevant part, that a debtor in possession must file "its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return . . . " or "a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed . . .".

      6.    The Debtor has not prepared a balance sheet, statement of operations, or cash-flow statement. These items are being prepared, and will be filed once they are complete.

      7.    The Debtor has not yet prepared or filed its Federal income tax return for the calendar year 2013. The most recent Federal income tax return prepared for the Debtor was for the calendar year 2012, a copy of which has been filed with the Court.

8. I understand that false statements made herein are subject to the penalties of 18 Pa.C.S.A. §4904, relating to unsworn falsification to authorities.

Executed this 23 day of May, 2014.

TIMBERVIEW VETERINARY HOSPITAL, INC.

By: *Sara E Mummert*

Name: Sara E Mummert

Title: President

SWORN TO AND SUBSCRIBED
Before me this 23 day of May, 2014

*Alice J. Schrum*
Notary Public
My Commission Expires
(SEAL)

Alice Schrum
Notarial Seal
Newberry Township
York County
Commission Expires
2/26/2018

720384v1