## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :      CHAPTER 11
                                        :
TIMBERVIEW VETERINARY                   :
HOSPITAL, INC. a/k/a TIMBER VIEW        :      CASE NO.  1-14-02535
VETERINARY, INC .                       :
                                        :
                                        :
           Debtor                       :

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION
## OF METTE, EVANS & WOODSIDE AS ATTORNEYS FOR THE
## DEBTOR *NUNC PRO TUNC* TO MAY 30, 2014

Upon the application of the above-captioned debtor (the "Debtor" and "Debtor-in-Possession"), for the entry of an order under 11 USC §§327(a) and 329 authorizing the Debtor to employ and retain the law firm of Mette, Evans & Woodside under a general retainer as its attorneys, to represent the Debtor and Debtor-in-Possession *Nunc Pro Tunc* to May 30, 2014; and upon the Affidavit of Henry W. Van Eck, Esquire a partner of Mette, Evans & Woodside; and the Court being satisfied that Mette, Evans & Woodside represents no interest adverse to the Debtor's estate, it is a  are disinterested person as that term is defined under §101(14) of the Bankruptcy Code, as modified by §1107(b) of the Bankruptcy Code, that its employment is necessary and would be in the best interests of the Debtor's estate; and it appearing that proper and adequate notice has been given and that no other or future notice is necessary; and upon the record herein; and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Debtor is authorized to employ and retain Mette, Evans & Woodside as its attorneys under a general retainer in this case, effective as of the date of the filing of the bankruptcy petition, to perform the services set forth on the Application; and it is further

ORDERED that Mette, Evans & Woodside shall be compensated in accordance with the procedures set forth in §§330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable, and such procedures as may be fixed by order of this Court.

583035v1