IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| TIMBERVIEW VETERINARY | : | |
| HOSPITAL, INC. a/k/a TIMBER VIEW | : | CASE NO. 1-14-02535 |
| VETERINARY, INC. | : | |
| Debtor | : | |

## APPLICATION FOR APPROVAL OF INTERIM COMPENSATION AND EXPENSES

The Application of Debtor's Counsel, Mette Evans & Woodside, for Approval of Interim Compensation and Expenses in the above-captioned case is as follows:

1. On May 30, 2014, the above referenced Debtor filed a voluntary petition seeking protection of the Court under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 701, et. Seq..

2. No previous compensation has been awarded.

3. The applicant now seeks interim compensation and expense reimbursement for the time period beginning May 30, 2014 through February 28, 2015 (the "Interim Period").

4. A statement of account for services rendered by the Applicant at Mette Evans & Woodside for the Interim Period in the amount of $37,197.00 for fees and the amount of $1,700.00 for costs is attached hereto as Exhibit "A".

5. The names and hourly rates of all applicants, professionals and para-professionals who billed for time in this matter are as follows:

| | |
|---|---|
| Henry W. Van Eck, Esquire | $300.00 per hour |
| Kathryn L. Simpson, Esquire | $315.00 per hour |
| Betty A. McMullen, Paralegal | $120.00 per hour |
| Pamala J. Lupo, Paralegal | $115.00 per hour |

There has not been a change in hourly rates from those previously charged. The Applicant avers that the above rate is fair in view of the Applicant's experience in the area of Bankruptcy Law.

6. Attached hereto and incorporated herein as Exhibit "B" is a Narrative to the Court explaining the services rendered by each of the applicants in this matter.

7. The attorney's fees which are due and owing as set forth herein shall be paid by Timberview Veterinary Hospital, Inc.

8. The Applicants are disinterested persons that do not hold or represent an interest adverse to the estate in compliance with 11 U.S.C. § 327(a).

9. The Debtor has been provided with the opportunity to review this fee application and it approves of the requested amount.

WHEREFORE, application herein respectfully request this Honorable Court to enter an Order entitling Mette Evans & Woodside, P.C. to receive the sum of $37,197.00 for fees and the amount of $1,700.00 for costs.

Respectfully submitted,

Date: March 9, 2015    By: /s/Henry W. Van Eck
                                                                      Henry W. Van Eck, Esquire
                                                                      3401 North Front Street
                                                                      Harrisburg, PA 17110
                                                                      (717) 232-5000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11
TIMBERVIEW VETERINARY :
HOSPITAL, INC. a/k/a TIMBER VIEW : CASE NO. 1-14-02535
VETERINARY, INC. :
        Debtor :

## CERTIFICATE OF SERVICE

I, Henry W. Van Eck, hereby certify that on this date, a true and correct copy of the foregoing Application for Compensation was served electronically, by facsimile, or first class mail as listed below upon the following parties in interest:

| **Steven C Gould, Esquire**<br>Office of Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120 | **Christopher E Rice, Esquire**<br>Martson Deardorff Williams Otto Gilroy &<br>10 East High Street<br>Carlisle, PA 17013 |
|---|---|
| **Andrew L Unterlack, Esquire**<br>The Lamm Group<br>1608 Walnut Street<br>Suite 703<br>Philadelphia, PA 19103 | **Mitchell Barry Hausman, Esquire**<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 |

        METTE, EVANS & WOODSIDE

Date: March 9, 2015      By: */s/Henry W. Van Eck*
        Henry W. Van Eck

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| TIMBERVIEW VETERINARY | : | |
| HOSPITAL, INC. a/k/a TIMBER VIEW | : | CASE NO. 1-14-02535 |
| VETERINARY, INC. | : | |
| Debtor | : | |

## CERTIFICATION

I, Henry W. Van Eck, Esquire hereby certify that the Debtor was provided with the opportunity to review the foregoing Fee Application on March 7, 2015, and the Debtor approves of the amount requested therein.

METTE, EVANS & WOODSIDE, P.C.

Date: March 9, 2015

By: */s/Henry W. Van Eck*
Henry W. Van Eck, Esquire
3401 North Front Street
Harrisburg, PA 17110