**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| TIMBERVIEW VETERINARY | : | |
| HOSPITAL, INC. a/k/a TIMBER VIEW | : | CASE NO. 1-14-02535 |
| VETERINARY, INC. | : | |
| Debtor | : | |

## ORDER

Upon consideration of the Application for Approval of Interim Compensation and Expenses of the Debtor, and it appearing that the Relief requested therein is appropriate, it is hereby,

**ORDERED** that, subject to the foregoing, the request of Mette Evans & Woodside, P.C., 3401 North Front Street, Harrisburg, PA 17110 to receive the sum of $37,197.00 for fees and the amount of $1,700.00 for costs, for the time period beginning May 30, 2014 through February 28, 2015 in the above captioned matter is APPROVED.