# EXHIBIT A

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|---------|-----------|-------|-------|-------|
| **Component Type: Soft Costs** | | | | | | |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 2.00 | 0.10 | 0.20 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 2.00 | 0.10 | 0.20 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 3.00 | 0.10 | 0.30 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 3.00 | 0.10 | 0.30 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 5.00 | 0.10 | 0.50 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 5.00 | 0.10 | 0.50 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------|-----------|-------|-------|-------|
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 3.00 | 0.10 | 0.30 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 3.00 | 0.10 | 0.30 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| 12/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prints | 142 | 1.00 | 0.10 | 0.10 |
| | | Component Type: Soft Costs | | 34.00 | | 3.40 |

**Component Type: Hard Costs**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------|-----------|-------|-------|-------|
| 5/30/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Postage | 17 | 1.00 | 9.60 | 9.60 |
| 5/19/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Corporation Bureau Services<br>Visa - TIMBERVIEW - corp copy | 53 | 1.00 | 3.00 | 3.00 |
| 5/22/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Corporation Bureau Services<br>Visa - TIMBERVIEW - UCC Copies | 53 | 1.00 | 24.00 | 24.00 |
| 6/4/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Filing Fees<br>Visa - US Middle CM | 8 | 1.00 | 1,213.00 | 1,213.00 |
| 6/17/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Court Call<br>Visa CourtCall | 124 | 1.00 | 30.00 | 30.00 |
| 6/23/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Parking | 6 | 1.00 | 7.00 | 7.00 |
| 7/10/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Filing Fees<br>Visa - PA MIddle CM | 8 | 1.00 | 30.00 | 30.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|---|---|---|---|---|---|---|
| 11/18/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Filing Fees<br>Visa - PA Middle CM | 8 | 1.00 | 30.00 | 30.00 |
| 11/13/2014 | | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Filing Fees<br>Visa - PA Middle CM | 8 | 1.00 | 350.00 | 350.00 |
| | | Component Type: Hard Costs | | 9.00 | | 1,696.60 |

**Component Type: Fees**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/20/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Initial contact with potential new client; examine<br>prior docket; seek necessary authorizations for<br>continued discussions for retention. | T | 1.20 | 300.00 | 360.00 |
| 5/20/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone confereence with potential new chapter<br>11 client regarding waiver obtained. | T | 0.80 | 300.00 | 240.00 |
| 5/20/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with Timberview and Accountant<br>regarding employement as professional in new<br>chapter 11. | T | 0.40 | 300.00 | 120.00 |
| 5/21/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare filing checklist for first day emergency filing. | T | 0.50 | 300.00 | 150.00 |
| 5/21/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with Internal Revenue Service officer D.<br>Shroyer regarding estimated taxes owed; reqeust for<br>time. | T | 0.30 | 300.00 | 90.00 |
| 5/21/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Timberview - Reveiw prior docket for objecitons and<br>prior claims. | T | 0.90 | 300.00 | 270.00 |
| 5/27/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare and/or review Petition; 20 largest creditors;<br>Equity Security Holders; Corporate resolution<br>authorizing hiring of firm and filing of petition; Affidavit | T | 2.20 | 300.00 | 660.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|-----------------------------------------------------------|-----------|-------|-------|-------|
| | | of no balance sheet, P&L, Cash Flow and Tax Return; oversee ECF Filing. | | | | |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Prepare Motion to Employ Mette, Evans & Woodside. | T | 0.30 | 300.00 | 90.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Prepare Order for Motion to Employ MEW. | T | 0.20 | 300.00 | 60.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Meeting with M. Mummert regarding stratagy; stratagy includes reorganization or liquidation; absolute priorty discussed - no guaranteed result. | T | 0.90 | 300.00 | 270.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Secure verbal waiver from Creditor 1 in case. | T | 0.30 | 300.00 | 90.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Secure waiver from Creditor 2 in case. | T | 0.30 | 300.00 | 90.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Conference call with M. Mummert regarding | T | 0.30 | 300.00 | 90.00 |
| 5/21/2014 | BAM | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Check corporation bureau for Timberview Veterinary Hospital, Inc. & Timber View Vetinary Payment - check; check UCC filings; obtain copies of active UCC's | T | 1.60 | 120.00 | 192.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Prepare Accountant Application to Employ; preapre Affidavit of Accountant. | T | 0.60 | 300.00 | 180.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Prepare Affidavit of Henry W. Van Eck, Esqurie in support of Application to Employ. | T | 0.40 | 300.00 | 120.00 |
| 5/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11<br>Telephone conference with M. Mummert regarding case number and payment of taxes. | T | 0.30 | 300.00 | 90.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|------|------|------|------|
| 5/30/2014 | PML | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Ecf filing of Chapter 11 Petition and related filings | T | 1.40 | 115.00 | 161.00 |
| 6/2/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receive order from court requiring payment of filing fee; pay filing fee. | T | 0.10 | 300.00 | 30.00 |
| 6/2/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review docket and notice of deficient filing; work with client to get all creditors. | T | 0.20 | 300.00 | 60.00 |
| 6/2/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email correspondence from United States trustee's office to client regarding information required for the independent debtor interview; request telephone conference with client. | T | 0.20 | 300.00 | 60.00 |
| 6/2/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with Larry Young regarding intent to file objections to certain motion; agreement to resolve all matters through consent orders, if possible. | T | 0.50 | 300.00 | 150.00 |
| 6/3/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Meeting with client to go over communication from UST; cover responsibilities; payment of post-petition taxes, operating report and UST fees. | T | 1.40 | 300.00 | 420.00 |
| 6/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare motion for wages; conference with client regarding size payroll. | T | 0.60 | 300.00 | 180.00 |
| 6/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Order for Wages Motion; prepare Motion for Expedited hearing with Order; contact court to advise of filing and to request telephone conference; instruct filing of Matrix and ecf of motions. | T | 0.30 | 300.00 | 90.00 |
| 6/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with D. Shroyer; Internal Revenue Service issues. | T | 0.30 | 300.00 | 90.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|-----------|-------|-------|-------|
| 6/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with M. Mummert regarding concerns<br>over fees to accountant and service issues. | T | 0.30 | 300.00 | 90.00 |
| 6/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on Schedules; executory contracts and 2016. | T | 0.20 | 300.00 | 60.00 |
| 6/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with G. Lyons regarding Motion for<br>Wages | T | 0.20 | 300.00 | 60.00 |
| 6/6/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare for hearing on Motion to Pay Wages. | T | 0.60 | 300.00 | 180.00 |
| 6/6/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with client and with court for Wages<br>Motion; granted upon filing of motion. | T | 0.30 | 300.00 | 90.00 |
| 6/6/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with M. Mummert regarding<br>projections. | T | 0.50 | 300.00 | 150.00 |
| 6/9/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and catalogue of documents responsive to<br>UST request. | T | 0.20 | 300.00 | 60.00 |
| 6/9/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email correspondence to client regarding<br>confirmation of necessary waivers | T | 0.20 | 300.00 | 60.00 |
| 6/9/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and catalogue additional documents from<br>client regarding Trustee requests. | T | 0.20 | 300.00 | 60.00 |
| 6/10/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Assemble information for schedules. | T | 0.40 | 300.00 | 120.00 |
| 6/10/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with M. Mummert regarding<br>information needed for schedules; IDI and other<br>matters. | T | 0.30 | 300.00 | 90.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|-------|-----------|-------|-------|-------|
| 6/11/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on Schedule G; review leases. | T | 0.30 | 300.00 | 90.00 |
| 6/11/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with M. Mummert and De<br>Lage Landen rep regarding equipment leases and<br>addendums; Appraisal expansion to include leased<br>equipment. | T | 0.80 | 300.00 | 240.00 |
| 6/11/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on Schedule B and G and F. | T | 0.50 | 300.00 | 150.00 |
| 6/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Continue to receive and assemble information for<br>schedules; emails with E. Taylor regarding<br>appraisal. | T | 0.80 | 300.00 | 240.00 |
| 6/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on Statement of Financial Affairs. | T | 0.80 | 300.00 | 240.00 |
| 6/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with M. Mummert regarding<br>information for schedules. | T | 0.30 | 300.00 | 90.00 |
| 6/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with M. Mummert regarding finalize<br>schedules for review by client. | T | 0.70 | 300.00 | 210.00 |
| 6/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Make adjustments to schedules as per client<br>comments. | T | 1.00 | 300.00 | 300.00 |
| 6/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Send Documents to UST responsive to request. | T | 1.00 | 300.00 | 300.00 |
| 6/17/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Meet with clients in advance of IDI. | T | 0.40 | 300.00 | 120.00 |
| 6/17/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Attend IDI with D. Bender and client. | T | 0.80 | 300.00 | 240.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------------|-----------|-------|-------|-------|
| 6/17/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Meeting with clients following IDI. | T | 0.10 | 300.00 | 30.00 |
| 6/27/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone call with M. Mummert regarding Internal<br>Revenue Service notice. | T | 0.40 | 300.00 | 120.00 |
| 6/27/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Travel to and attend 341. | T | 1.40 | 300.00 | 420.00 |
| 7/7/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Begin work on amendements to Schedules. | T | 0.90 | 300.00 | 270.00 |
| 7/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email to client regarding payments to Internal<br>Revenue Service and other matters; telephone<br>voicemail message to Internal Revenue Service<br>negotiating payemnts. | T | 0.30 | 300.00 | 90.00 |
| 7/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Cash Collateral Motion. | T | 2.40 | 300.00 | 720.00 |
| 7/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with Mike Mummert regarding<br>information on petition. | T | 0.40 | 300.00 | 120.00 |
| 7/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Interim Order for Cash Collateral Motion. | T | 1.30 | 300.00 | 390.00 |
| 7/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with D. Brisach regarding<br>cash collateral payments. | T | 0.20 | 300.00 | 60.00 |
| 7/9/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Notice for Cash Collateral Motion | T | 0.30 | 300.00 | 90.00 |
| 7/9/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and review and finalize Amended Schedules<br>signed by clients. | T | 0.40 | 300.00 | 120.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------------|-----------|-------|-------|-------|
| 7/18/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with client regardingt monthly<br>operating report. | T | 0.30 | 300.00 | 90.00 |
| 8/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and reveiw of P&L forms for business. | T | 0.20 | 300.00 | 60.00 |
| 8/14/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Reveiw cash collateral arrangment with Internal<br>Revenue Service; contact Internal Revenue Service<br>and advise them that payments are coming. | T | 0.40 | 300.00 | 120.00 |
| 8/14/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review of proofs of claim to determine priority<br>amounts due; email to client with same. | T | 0.70 | 300.00 | 210.00 |
| 8/15/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Correspondence to Internal Revenue Service<br>regarding first Cash Collateral Payment | T | 0.20 | 300.00 | 60.00 |
| 8/26/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and reveiw of MOR; instruct ECF. | T | 0.20 | 300.00 | 60.00 |
| 8/26/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email correspondence to M. Mummert regarding<br>July MOR. | T | 0.10 | 300.00 | 30.00 |
| 9/3/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receive email from UST regarding missing payment<br>for portion of quarterly fees (difference between<br>amount estimated - which was paid) and the amount<br>of the actual fee.  $325 still due.  Address issue with<br>client through phone calls and emails. | T | 0.40 | 300.00 | 120.00 |
| 9/19/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and review of email from accountant; review<br>docket; no order approving CPA was ever entered;<br>contact court to request entry of order. | T | 0.20 | 300.00 | 60.00 |
| 9/19/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email to client requesting status conference with | T | 0.10 | 300.00 | 30.00 |

# Transactions List by Component

Search for: Timberview   Search by: Client Sort   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------|-----------|-------|-------|-------|
| | | agenda. | | | | |
| 9/19/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with client regarding statue update. | T | 0.80 | 300.00 | 240.00 |
| 9/19/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding financial consulting. | T | 0.20 | 300.00 | 60.00 |
| 9/22/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding potential for retention. | T | 0.20 | 300.00 | 60.00 |
| 9/22/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt, review, and instruct filing on | T | 0.30 | 300.00 | 90.00 |
| 9/22/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with K. Gendron regarding new creditor not on creditor matrix. | T | 0.20 | 300.00 | 60.00 |
| 9/29/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding initial meeting with client; will continue conversation later today. | T | 0.10 | 300.00 | 30.00 |
| 9/29/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with A. Everhart regarding status of meeting with client; strategy and timing of reports moving forward. | T | 0.30 | 300.00 | 90.00 |
| 9/29/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with Counsel for Cabin Hollow (Landlord) regarding amount Timberview can pay for Cash Collateral. | T | 0.20 | 300.00 | 60.00 |
| 10/6/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Emails from A. Everhart regarding retention; telephone call A. Everhart regarding same. | T | 0.40 | 300.00 | 120.00 |
| 10/6/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare application to employ Alex Everhart as | T | 0.30 | 300.00 | 90.00 |

Case 1:14-bk-02535-RNO   Doc 79-1   Filed 03/10/15   Entered 03/10/15 15:41:00   Desc
Exhibit A - Statement of Account   Page 11 of 23

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|------|------|------|------|
| | | Financial Planner. | | | | |
| 10/6/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email application to A. Everhart regarding application. | T | 0.50 | 300.00 | 150.00 |
| 10/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with Attorney for Landlord regarding cash collateral. | T | 0.20 | 300.00 | 60.00 |
| 10/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding update | T | 0.20 | 300.00 | 60.00 |
| 10/16/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding preliminary analysis; some disagreement between principals regarding reorganization stratetigies. | TT | 0.30 | 300.00 | 90.00 |
| 10/20/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with Mike Mummert regarding employment issues; need for injunction and other matters. | T | 0.30 | 300.00 | 90.00 |
| 10/20/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Locate K. Simpson for referral of non-compete matter. | T | 0.30 | 300.00 | 90.00 |
| 10/23/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with M. Mummert regarding priority claims and exit strategy options; set up conference with A. Everhart. | T | 0.80 | 300.00 | 240.00 |
| 10/24/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Meeting with A. Everhart regarding need for EBITDA to determine strategy. | T | 1.00 | 300.00 | 300.00 |
| 10/29/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Motion to Set Claims Bar Date; still need Order and Notice. | T | 0.90 | 300.00 | 270.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------------------------------------------------|-----------|-------|-------|-------|
| 10/29/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Order Setting Claims Bar Date. | T | 0.30 | 300.00 | 90.00 |
| 10/29/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Notice of Claims Bar Date. | T | 0.30 | 300.00 | 90.00 |
| 10/30/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on Adversary Complaint; telephone call with A. Everhart. | T | 1.10 | 300.00 | 330.00 |
| 10/31/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Research subject matter jurisdiction of Court to hear contract matter. | T | 0.50 | 300.00 | 150.00 |
| 10/31/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Meeting with client to discuss budget and exit strategy. | T | 2.40 | 300.00 | 720.00 |
| 10/29/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on complaint; telephone conference with client | T | 2.60 | 315.00 | 819.00 |
| 10/23/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review employment agreements of terminated employee; review other client materials re: new employment of terminated employee; beign draft of complaint | T | 1.50 | 315.00 | 472.50 |
| 10/21/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review affidavits and make corrections | T | 0.40 | 315.00 | 126.00 |
| 10/24/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on complaint | T | 0.60 | 315.00 | 189.00 |
| 11/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email exchange with A. Everhart regarding status of financial report, discussion of same. | T | 0.10 | 300.00 | 30.00 |
| 11/3/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conferences with client re: review of complaint; receipt and review of correspondence from client; redraft complaint | T | 0.80 | 315.00 | 252.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------------------------------------------------------|-----------|-------|-------|-------|
| 11/4/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare exhibits for complaint | T | 0.20 | 315.00 | 63.00 |
| 11/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with Alex Everhart regarding plan proposal terms to include balloon payment and sale within 36 to 48 months. | T | 0.30 | 300.00 | 90.00 |
| 11/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with counsel for Cabin Hollow regarding terms of proposed plan for Timberveiw. | T | 0.10 | 300.00 | 30.00 |
| 11/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Amend and Finalize Motion to Set Claims Bar Date; Amend and Finalize Adversary Complaint. | T | 0.40 | 300.00 | 120.00 |
| 11/5/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review Adversary Complaint; explore need for Temporary Restraining Order or Preliminary Injection. | T | 0.50 | 300.00 | 150.00 |
| 11/5/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Draft motion for preliminary injunction | T | 1.20 | 315.00 | 378.00 |
| 11/11/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Finalize Compliant; address issue of name in caption; instruct and supervise ECF. | T | 0.80 | 300.00 | 240.00 |
| 11/11/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Verify filing of complaint and correspondence with client | T | 0.10 | 315.00 | 31.50 |
| 11/12/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Draft proposed order; revise motion for preliminary injunction | T | 0.50 | 315.00 | 157.50 |
| 11/12/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt of Summons and instruction of service. | T | 0.30 | 300.00 | 90.00 |
| 11/13/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and review of Motion for preliminary | T | 0.30 | 300.00 | 90.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort Matter Description Narrative | Component | Units | Price | Value |
|------|------|---------------------------------------------------|-----------|-------|-------|-------|
| | | injunction; include reference to bankruptcy rules. | | | | |
| 11/13/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with D. Brisach regarding negotiate terms of plan. Make payments over 36 months, sell or refinance in that time; otherwise, auction to pay Internal Revenue Service in full. | T | 0.40 | 300.00 | 120.00 |
| 11/13/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with A. Everhart regarding Internal Revenue Service update. | T | 0.20 | 300.00 | 60.00 |
| 11/14/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with Curtis at USI regarding outstanding invoice due; no notice of BK; add to matrix. | T | 0.20 | 300.00 | 60.00 |
| 11/14/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Instruct addition of USI to Matrix; send email to USI with copy of Motion to Set Claims Bar Date. | T | 0.30 | 300.00 | 90.00 |
| 11/17/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with client re:  case status | T | 0.20 | 315.00 | 63.00 |
| 11/24/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with A. Everhart regarding status update; on track. | T | 0.20 | 300.00 | 60.00 |
| 12/1/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Forward notice of tax judgment against S. Mummert to K. Gendron; telephone conference with K. Gendron regarding same; attempt conference with B. Bishop. | T | 0.30 | 300.00 | 90.00 |
| 12/1/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with M. Mummert regarding tax claims (local); strategy to address. | T | 0.30 | 300.00 | 90.00 |
| 11/20/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital Bankruptcy - Chapter 11 Telephone conference with attorney for Defendant; correspondence with client re:  service | T | 0.40 | 315.00 | 126.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|-----------|-----------|-------|-------|-------|
| 11/26/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review rules re: argument date on motion | T | 0.20 | 315.00 | 63.00 |
| 12/3/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding status of local<br>taxes and administrative payments. | T | 0.30 | 300.00 | 90.00 |
| 12/3/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with M. Mummert regarding taxing<br>issue; paymen to Internal Revenue Service. | T | 0.20 | 300.00 | 60.00 |
| 12/3/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with York/Adams county tax<br>claim regarding payment of taxes through plan | T | 0.40 | 300.00 | 120.00 |
| 12/3/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email to client and A. Everhart regarding settlement<br>with York County Tax Claim. | T | 0.20 | 300.00 | 60.00 |
| 12/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with M. Mummert regarding<br>payments to prior employee; no complaint from<br>employee, no demand for additional money claimed<br>owed under act. | T | 0.20 | 300.00 | 60.00 |
| 12/4/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Research Wage Payment and Collection law; phone<br>call to D. Hughes; conference with M. Mummert and<br>K. Simpson (x2) regarding same; | T | 0.80 | 300.00 | 240.00 |
| 12/8/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with D. Hughes and K.<br>Simpson regarding potential for settlement. | T | 0.30 | 300.00 | 90.00 |
| 12/19/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with M. Mummert regarding<br>tax payments; status of plan and cash flow. | T | 0.30 | 300.00 | 90.00 |
| 12/22/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt of email from K. Simpson forwarding email<br>from M. Mummert regarding non-compete contract; | T | 0.30 | 300.00 | 90.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------------------------------------------------------|-----------|-------|-------|-------|
| | | request for criteria to make settlement. | | | | |
| 12/22/2014 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Amortization schedule for payment of rent and<br>cordination with Member's First. | T | 0.80 | 300.00 | 240.00 |
| 12/8/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with Attorney Hughes; receipt<br>and review of correspondence from Hughes; legal<br>research re:  issues raised in correspondence from<br>Hughes; respond to Henry W. Van Eck re:  issues<br>in Hughes' email | T | 1.00 | 0.00 | 0.00 |
| 12/5/2014 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and review of correspondence from client re:<br> continuing ed expenses | T | 0.10 | 315.00 | 31.50 |
| 1/7/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Correspondence to client returning checks and<br>requesting new payments directed to Internal<br>Revenue Service.  Telephone conference with client.<br>Message left for D. Brisach regarding check issue. | T | 0.40 | 300.00 | 120.00 |
| 1/20/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding early report on<br>MOR; delayed; revenue was reportedly good. | T | 0.30 | 300.00 | 90.00 |
| 1/23/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with M. Van Eck and A. Everhart<br>regarding MFR by Member's first; strategy. | T | 0.30 | 300.00 | 90.00 |
| 1/23/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone call with S. Mosby regarding negotiations<br>for lease, plan terms and avoidance of MFR. | T | 0.30 | 300.00 | 90.00 |
| 1/23/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review industry publications and benchmarking for<br>comparison to current model utilized by Debor<br>following conference with Members's First. | T | 2.10 | 300.00 | 630.00 |
| 1/24/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding issues with<br>MOR; corrective measures needed. | T | 0.50 | 300.00 | 150.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------|-----------|-------|-------|-------|
| 1/24/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conferene with M. Mummert regarding<br>benchmarking; adjustments to reporting. | T | 1.10 | 300.00 | 330.00 |
| 1/25/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding independent<br>review. | T | 0.40 | 300.00 | 120.00 |
| 1/25/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Begin preparation of Benchmark Report for Plan and<br>for MOR's moving forward. | T | 2.60 | 300.00 | 780.00 |
| 1/26/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding access to DIP<br>account. | T | 0.30 | 300.00 | 90.00 |
| 1/28/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Receipt and review of notice of intent to dismiss for<br>failure to to take action regarding Adversary; | T | 0.10 | 300.00 | 30.00 |
| 1/28/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email to K. Humphries and M. Mummert regarding<br>notice; request conference. | T | 0.20 | 300.00 | 60.00 |
| 1/28/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with client regarding new<br>projections with benchmarks for plan; member's first<br>issue. | T | 0.60 | 300.00 | 180.00 |
| 1/28/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding new<br>benchmarks and assignment. | T | 0.30 | 300.00 | 90.00 |
| 1/30/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with M. Mummert regarding<br>reveiw of information provided in support of new<br>reports. | T | 1.00 | 300.00 | 300.00 |
| 2/3/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on benchmarking for projections; to be used to<br>negotiate with Member's First and for plan. | T | 2.90 | 300.00 | 870.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|------|------|------|------|
| 2/3/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Continue with accounts reconciliation for projections and budget moving forward; needed for negotiations with members' first and for plan. | T | 1.00 | 300.00 | 300.00 |
| 2/4/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding employee ratios and payroll benchmarks. | T | 0.30 | 300.00 | 90.00 |
| 2/3/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Research expense benchmarks for projections and plan; examine payroll and employee benchmarks. | T | 1.60 | 300.00 | 480.00 |
| 2/4/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Continue reconciliation of accounts for projections, negotiations and plan. | T | 1.20 | 300.00 | 360.00 |
| 2/5/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare analysis of reconciled reports for meeting with clients and for proposal to Member's first. | T | 0.20 | 300.00 | 60.00 |
| 2/5/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Continue cash flow analysis and benchmark report for meeting with client; negotiations with Member's First and for plan. | T | 4.30 | 300.00 | 1,290.00 |
| 2/6/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Continue work on benchmark analysis for meeting with client and negotiations with member's first and for plan; (completed 4th quarter primary analysis; began secondary level of detail for adjustment purposes - strategy plan developing) | T | 3.60 | 300.00 | 1,080.00 |
| 2/6/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Meet with client and A. Everhart to go over preliminary finding from analysis and benchmark review; develop overall strategy; discuss change in management and plan issues. | T | 2.20 | 300.00 | 660.00 |
| 2/9/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on variable expense analysis for Member's first presentation and for budget for plan. | T | 0.90 | 300.00 | 270.00 |

# Transactions List by Component

Search for: Timberview    Search by: Client Sort    Stage: (all)    Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------------------------------------------------------|-----------|-------|-------|-------|
| 2/10/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding projections for plan. | T | 0.10 | 300.00 | 30.00 |
| 2/10/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on Chapter 11 Plan | T | 2.10 | 300.00 | 630.00 |
| 2/11/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Finalize Projections for S. Mummert (Fixed Expenses); prepare for meeting with client to review and provide instruction on new operating budget. | T | 2.60 | 300.00 | 780.00 |
| 2/11/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Complete first draft of plan, except for section dealing with Executory Contracts; need to include sale provisions. | T | 1.60 | 300.00 | 480.00 |
| 2/11/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with S. Mummert; M. Mummert and A. Everhart regarding finalized projections and analysis of performance over 4th quarter; Review January Preliminary Numbers with clients; analysis for plan and for defense of MFR; Strategize. | T | 2.10 | 300.00 | 630.00 |
| 2/11/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare amortization of Class 1 Claims | T | 1.20 | 300.00 | 360.00 |
| 2/11/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on disclosure Statement. | T | 1.10 | 300.00 | 330.00 |
| 2/12/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on spreadsheet to project expenses for operating budget. | T | 0.90 | 300.00 | 270.00 |
| 2/12/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Continue work on Disclosure Statement | T | 1.50 | 300.00 | 450.00 |
| 2/12/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Add final sections to working budget sheet for client performance benchmarks (Facility; Taxes; Employees). | T | 1.20 | 300.00 | 360.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|-----------|-------|-------|-------|
| 2/12/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Wrok on projections for plan. | T | 0.50 | 300.00 | 150.00 |
| 2/13/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding form of<br>projections; assign task of fixing certain expenses<br>based upon history. | T | 0.40 | 300.00 | 120.00 |
| 2/13/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference call with M. Mummert regarding<br>projections; budget; and liquidation analysis; update<br>on status with Members first. | T | 0.30 | 300.00 | 90.00 |
| 2/13/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with S. Mosbey regarding negotiations<br>for leasehold payments. | T | 0.30 | 300.00 | 90.00 |
| 2/13/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review docket for timeliness of items needed to<br>comply with local rules and order of court. | T | 0.20 | 300.00 | 60.00 |
| 2/13/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with K. Simpson, S. Mummert, and<br>Mike Mummert regarding adversary proceeding;<br>strategy. | T | 0.40 | 300.00 | 120.00 |
| 2/13/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare stipulation regarding extension of time to<br>respond to complaint. | T | 0.40 | 300.00 | 120.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare Confidentiality Agreement | T | 1.00 | 300.00 | 300.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with A. Everhart regarding status update<br>for Exhibit to Plan Disclosure statement<br>(Projections) - nearly ready, will have by 3:00 pm<br>today. | T | 0.20 | 300.00 | 60.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Conference with M. Mummert regarding raw data for | T | 0.30 | 300.00 | 90.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------------|-----------|-------|-------|-------|
| | | 2014 and 2013 balance sheet and P & L for interested purchaser. | | | | |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Finalize first draft of Disclosure Statement; need salary information and exhibits. | T | 1.30 | 300.00 | 390.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Email signed confidentiality agreement to R. Lester. | T | 0.20 | 300.00 | 60.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Gather financial information necessary to draft lease and calculate new rental payment; gross receipts for 2014 multiplied by industry benchmark yields $6,850.00; Less Maintenance ($1000), Utilities ($1300), Taxes ($380) and Insurance ($ | T | 0.40 | 300.00 | 120.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Assist with answer to MFR by Members' First. | T | 0.80 | 300.00 | 240.00 |
| 2/14/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Assemble all exhibits to disclosure; complete liquidation analysis (reconcile schedule F with claims register); complete cash on hand calculation; finalize projections based upon data from Mike Mummert; finish second draft of Disclosure. | T | 2.60 | 300.00 | 780.00 |
| 2/15/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Finalise draft of plan to incorporate changes required by disclosure; must still add sale provisions and lease assumption language. | T | 0.50 | 300.00 | 150.00 |
| 2/15/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Work on lease assumption language for plan | T | 1.10 | 300.00 | 330.00 |
| 2/15/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review Disclosure; amended as perchanges to plan. | T | 0.80 | 300.00 | 240.00 |
| 2/15/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Prepare lease agreement for plan and disclosure statement. | T | 0.90 | 300.00 | 270.00 |

# Transactions List by Component

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------|-----------|-------|-------|-------|
| 2/17/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding<br>balance sheet and P&L Progress for potential buyer. | T | 0.20 | 300.00 | 60.00 |
| 2/24/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Review file and docket for status, email D. Hughes<br>for confirmation of agreement and authority to file<br>stip; File stipulation to extend deadline. | T | 0.40 | 300.00 | 120.00 |
| 2/26/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with A. Everhart regarding<br>payments to Members First. | T | 0.20 | 300.00 | 60.00 |
| 2/13/2015 | KLS | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Telephone conference with client; begin draft of<br>settlement agreement | T | 1.10 | 320.00 | 352.00 |
| 3/5/2015 | HWV | 16272-0001 / Timberview Veterinary Hospital<br>Bankruptcy - Chapter 11<br>Reveiw and revise fee application. | T | 0.10 | 300.00 | 30.00 |

| | | | Component Type: Fees | 126.30 | | 37,197.00 |
|---|---|---|---|---|---|---|
| | | | Grand Total | 169.30 | | 38,897.00 |