# Exhibit D

## Liquidation Analysis

*Plan Proponent's Estimated Liquidation Value of Assets*

**Assets**
| | | |
|---|---|---|
| a. | Cash on hand | $ 10,000.00 |
| b. | Accounts receivable | $ 1,500.00 |
| c. | Inventory | $ 10,000.00 |
| d. | Office furniture & equipment | $ 375.00 |
| e. | Machinery & equipment | $ 21,005.00 |
| f. | Automobiles (included with equipment) | $ 0.00 |
| g. | Building & Land | $ 0.00 |
| h. | Customer list | $ 0.00 |
| i. | Investment property | $ 0.00 |
| j. | Lawsuits or other claims against third-parties | $ 0.00 |
| k. | Other intangibles | $ 0.00 |
| | ***Total Assets at Liquidation Value*** | **$ 42,880.00** |

**Less:**
Secured creditors' recoveries                                  $178,000.00

**Less:**
Chapter 7 trustee fees and expenses                            $

**Less:**
Chapter 11 administrative expenses                             $ 27,900.00

**Less:**
Priority claims, excluding administrative expense claims       $ 22,400.00

    (1) Balance remaining for unsecured claims            $    0.00

    (2) Total dollar amount of unsecured claims            $ 79,000.00

*Percentage of Claims Which Unsecured Creditors Would
Receive or Retain in a Chapter 7 Liquidation:*                 0%

*Percentage of Claims Which Unsecured Creditors Will
Receive or Retain under the Plan:*                             5%