# Exhibit E

### Cash on hand on the effective date of the Plan

| | |
|---|---|
| **Cash on Hand on Effective Date of the Plan:** | **$ 12,000.00** |
| **Less –** | |
| Amount of administrative expenses payable on effective date of the Plan | $ 10,000.00 |
| Amount of statutory costs and charges | $ 0.00 |
| Amount of cure payments for executory contracts | $ 0.00 |
| Other Plan Payments due on effective date of the Plan | $ _____ |
| Balance after paying these amounts | $ 2,000.00 |

The sources of cash Debtor will have on hand by the Effective Date of the Plan are estimated as follows:

| | |
|---|---|
| $10,000.00 | Cash in Debtor's bank account now. |
| $ 2,000.00 | Additional cash Debtor will accumulate from net earnings between now and effective date of the Plan. |
| $ 0.00 | Borrowing. |
| $ 0.00 | Capital Contributions in exchange for stock. |
| **$12,000.00** | **Total** |

769917v1