# Exhibit F

**Timberview Veterinary Hospital, Inc.**
Debtor

TIMBERVIEW VETERINARY HOSPITAL, INC

**CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD:** June 2014 through May 2015

Case No. 1-14-02535

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Jun 2014 | Jul 2014 | Aug 2014 | Sep 2014 | Oct 2014 | Nov 2014 | Dec 2014 | Jan 2015 | Feb 2015 | Mar 2015 | Apr 2015 | May 2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | 0 | 9,974 | 22,282 | 31,511 | 39,499 | 48,007 | 54,535 | 58,279 | 61,012 | 64,771 | 75,929 | 83,361 | |
| **RECEIPTS** | | | | | | | | | | | | | |
| x CASH SALES | 101,709 | 111,018 | 98,732 | 93,786 | 95,857 | 87,962 | 76,852 | 72,818 | 76,914 | 106,432 | 91,562 | 91,617 | 1,105,259 |
| ACCOUNTS RECEIVABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| LOANS AND ADVANCES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **TOTAL RECEIPTS** | 101,709 | 111,018 | 98,732 | 93,786 | 95,857 | 87,962 | 76,852 | 72,818 | 76,914 | 106,432 | 91,562 | 91,617 | 1,105,259 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | 33,798 | 36,891 | 32,809 | 31,165 | 31,853 | 29,230 | 25,538 | 24,197 | 25,559 | 35,367 | 30,426 | 30,444 | 367,278 |
| PAYROLL TAXES | 13,314 | 14,532 | 12,924 | 12,277 | 12,548 | 11,514 | 10,060 | 9,532 | 10,068 | 13,932 | 11,985 | 11,993 | 144,678 |
| SALES, USE, AND OTHER TAXES | 476 | 519 | 462 | 439 | 448 | 411 | 360 | 341 | 360 | 498 | 428 | 429 | 5,170 |
| x INVENTORY PURCHASES | 21,012 | 22,935 | 20,397 | 19,375 | 19,803 | 18,172 | 15,876 | 15,043 | 15,889 | 21,987 | 18,915 | 18,927 | 228,330 |
| x SECURED/ RENTAL/ LEASES | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 9,108 | 109,300 |
| x INSURANCE | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 5,000 |
| ADMINISTRATIVE & SELLING | 7,616 | 8,313 | 7,393 | 7,022 | 7,177 | 6,586 | 5,754 | 5,452 | 5,759 | 7,969 | 6,856 | 6,860 | 82,757 |
| x MAINETENANCE & REPAIR | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 9,500 |
| x TELEPHONE & UTILITIES | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 25,000 |
| x PROFESSIONAL FEES | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 |
| U.S. TRUSTEE FEES | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 3,840 |
| COURT COSTS | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 91,735 | 98,710 | 89,504 | 85,798 | 87,349 | 81,433 | 73,108 | 70,085 | 73,155 | 95,274 | 84,131 | 84,172 | 1,014,454 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 9,974 | 12,308 | 9,228 | 7,988 | 8,508 | 6,529 | 3,744 | 2,733 | 3,759 | 11,158 | 7,431 | 7,445 | 90,805 |
| **Cash End of Month** | 9,974 | 22,282 | 31,511 | 39,499 | 48,007 | 54,535 | 58,279 | 61,012 | 64,771 | 75,929 | 83,361 | 90,805 | 90,805 |

FORM IR-1