IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| TIMBERVIEW VETERINARY | : |
| HOSPITAL, INC. a/k/a TIMBER VIEW | : Bankruptcy No.  1-14-02535 |
| VETERINARY, P.C. | : |
|     Debtor in Possession, | : |
| | : |
| TIMBERVIEW VETERINARY | : |
| HOSPITAL, INC. a/k/a TIMBER VIEW | : Adversary No. 1:14-ap-00248-RNO |
| VETERINARY, P.C., | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AMBER L. CROW, DVM, | : COMPLAINT TO OBTAIN AN |
|     Defendant. | : AN INJUNCTION AND TO |
| | : ENFORCE NON-COMPETITION |
| | : AGREEMENT |

STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by and between counsel for the parties that the time within which Defendants must file an answer or other response to the Complaint filed and served in the above captioned action be, and it hereby is, extended to and through April 28, 2015.

*/s/ Deborah Hughes*                             */s/Henry W. Van Eck*
Deborah Hughes, Esquire                  Henry W. Van Eck, Esquire
P.O. Box 961                                     3401 North Front Street
Harrisburg, PA  17108                    Harrisburg, PA  17110
(717) 651-1772                               (717) 232-5000

Dated:  April 14, 2015