**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 11
TIMBERVIEW VETERINARY :
HOSPITAL, INC. a/k/a TIMBER VIEW : CASE NO. 1-14-02535
VETERINARY, INC. :
        Debtor :

### SECTION 1126 BALLOT REPORT FORM

|         | #BALLOTS CAST | #ACCEPTING | #REJECTING | $ACCEPTING | $REJECTING | CLASS ACCEPTING | CLASS REJECTING |
|---------|---------------|------------|------------|------------|------------|-----------------|-----------------|
| CLASS 1 | 0 | 0 | 0 | $0.00 | $0.00 | X | |
| CLASS 2 | 0 | 0 | 0 | $0.00 | $0.00 | | |
| CLASS 3 | 3 | 3 | 0 | $8,216.00 | $0.00 | X | |
| CLASS 4 | 0 | 0 | 0 | $0.00 | $0.00 | | |

    The following classes are impaired: Class 2; Class 3; and Class 4.

    The following classes are unimpaired and are deemed to have accepted the plan pursuant to 11 U.S.C. §1126(f): Class 1.

    All ballots received were accepted.

|                 | YES | NO |
|-----------------|-----|----|
| **PLAN ACCEPTED** | X | |

    The foregoing Report is accurate and complete.

                                     Respectfully submitted,

                                     METTE, EVANS & WOODSIDE

Date: July 9, 2015                 By: *s/Henry W. Van Eck*
                                            Henry W. Van Eck
                                            3401 North Front Street
                                            Harrisburg, PA 17110
                                            (717) 232-5000