## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 1:4-02535 |
| TIMBERVIEW VETERINARY : | |
| HOSPITAL INC. : | |
| : | CHAPTER 11 |
| Debtor : | |

## MOTION TO CLOSE CHAPTER 11 CASE
## PURSUANT TO 28 U.S.C. §1930(a)(6)

NOW COMES Debtor-in-Possession, Timberview Veterinary Hospital Inc. by and through its counsel, Mette, Evans & Woodside, moving this Court to close the instant Chapter 11 proceeding for the following reasons:

1. Debtor's Chapter 11 Plan was confirmed on July 16, 2015.

2. There are no outstanding issues or adversary matters pending in Debtor's Chapter 11 proceeding.

3. As of the date of this Motion, Debtor has commenced making payments towards repayment of creditors under the terms of his confirmed Plan of Reorganization.

4. Debtor has met all conditions required under the terms of his Plan.

5. Post-petition payments and plan payments to secured creditors have begun and are current at the time of filing this motion.

6. Debtor desires to have its Chapter 11 case closed to eliminate the preparation of monthly U.S. Trustee reports and to avoid additional U.S. Trustee quarterly fees.

7. Debtor shall pay any outstanding U.S. Trustee fees at the time this case is closed.

WHEREFORE, Debtor respectfully requests that pursuant to 28 U.S.C. §1930(a)(6), the instant proceeding be closed.

Respectfully Submitted,

METTE, EVANS & WOODSIDE

*/s/ Henry W. Van Eck*

Date: November 16, 2015        By: _____
Henry W. Van Eck, Esq.
Mette, Evans & Woodside
3401 N. Front Street
Harrisburg, PA 17110-0950
Phone: 717-232-5000
*Attorney for Timberview Veterinary Hospital, Inc., Debtor-in-Possession*

885279v1