## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :      CASE NO. 1:4-02535
TIMBERVIEW VETERINARY                     :
HOSPITAL INC.                             :
                                          :      CHAPTER 11
        Debtor                    :

## ORDER

Upon consideration of Debtor-in-Possession's Motion to Close Chapter 11 Case Pursuant to 28 U.S.C. §1930(a)(6), it is hereby

ORDERED that the above-captioned Chapter 11 proceeding is closed.