## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1:14-02535
TIMBERVIEW VETERINARY :
HOSPITAL INC. :
: CHAPTER 11
Debtor :

### FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE OF TIMBERVIEW VETERINARY HOSPITAL, INC.

Upon consideration of the motion of Timberview Veterinary Hospital, Inc. (the "Debtor") for entry of a final decree pursuant to 11 U.S.C. §350(a) (the "Motion"); and the Court having considered the motion and objections, if any; and it appearing that the Chapter 11 case has been fully administered as required by Section 350(a) of Title 11 of the United State Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure and that good and sufficient cause exists for granting the Motion, making no further administration necessary; and it appearing that entry of a final decree granting the relief requested in the Motion is in the best interests of the Debtor, its estate, and all parties in interest; and after adequate notice and opportunity for hearing; it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that, effective as of the date of the entry of this Order, the Chapter 11 case of Timberview Veterinary Hospital, Inc. is hereby closed.