**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1:14-02535 |
| TIMBERVIEW VETERINARY | : | |
| HOSPITAL INC. | : | |
| | : | CHAPTER 11 |
| Debtor | : | |

**NOTICE OF DEBTOR'S AMENDED MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §350(a)**

TO: THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS, AND OTHER PARTIES IN INTEREST ENTITLED TO NOTICE

**PLEASE TAKE NOTICE** that Timberview Veterinary Hospital, Inc., by and through its counsel, has filed a Motion for Entry of a Final Decree and Order Closing Chapter 11 Case Pursuant to 11 U.S.C. §350(a) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the Middle District of Pennsylvania, Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, PA 17101 on or before **twenty-one (21) days** from the date of this notice (the "Objection Deadline").

Any objections or responses to the Motion must also be served so as to be received by Debtor's counsel, Henry W. Van Eck, Esquire, Mette, Evans & Woodside, 3401 North Front Street, Harrisburg, Pennsylvania 17110 on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that should any objection be timely filed by the Objection Deadline, then the Court will schedule a hearing on the Motion to be held before the Honorable Robert N. Opel II, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Middle District of Pennsylvania, Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, PA 17101.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are filed and served in accordance with the above procedure on or before the Objection Deadline, the Court may grant the relief requested in the Motion without further notice or hearing.

Date: November 20, 2015