## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11
TIMBERVIEW VETERINARY :
HOSPITAL, INC. a/k/a TIMBER VIEW : CASE NO. 1-14-02535
VETERINARY, INC. :
      Debtor :

## CERTIFICATE OF SERVICE

I, Henry W. Van Eck, hereby certify that on this date, a true and correct copy of the foregoing **Amended Motion for Entry of a Final Decree and Order Closing Chapter 11 Case Pursuant to 11 U.S.C. §350(a)** as well as the **Notice of Debtor's Amended Motion** was served electronically, or first class mail as listed below upon the following parties in interest:

| | |
|---|---|
| Mitchell Barry Hausman, Esquire<br>United States Trustee<br>**VIA ECF** | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Steven C Gould, Esquire<br>PA Department of Revenue<br>**VIA ECF** | Brenda Sue Bishop, Esquire<br>PA Department of Revenue<br>**VIA ECF** |
| US Bancorp<br>1550 American Blvd, E Suite 450<br>Minneapolis, MN 55425 | US Dept of Labor and Industry<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 |

**See attached Mailing Matrix
for 2002 Notices of Appearance**

METTE, EVANS & WOODSIDE

*/s/ Henry W. Van Eck*

Date: November 20, 2015     By: _____
Henry W. Van Eck, Esquire
3401 North Front Street
Harrisburg, PA 17110-0950
Telephone: (717) 232-5000
*Attorneys for Debtor*

888237v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:14-bk-02535-RNO<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Nov 20 11:12:14 EST 2015 | Andrew L. Unterlack, Esquire —ECF<br>The Lamm Group<br>1608 Walnut Street, Suite 703<br>Philadelphia, PA 19103-5447 | Brenda S. Bishop, Esquire — ECF<br>Office of Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 |
| Commonwealth of Pennsylvania<br>Department of Labor and Industry-UCTS<br>625 Cherry Street<br>Room 203<br>Reading, PA 19602-1152 | Alex Everhart<br>PO Box 163<br>Dallastown, PA 17313-0163 | Members 1st Federal Credit Union<br>5000 Louise Drive<br>Mechanicsburg, PA 17055-4899 |
| PA Department of Revenue — ECF<br>Office of Attorney General<br>15th Floor - Strawberry Square<br>Harrisburg, PA 17120-0001 | Steven C. Gould, Esq. — ECF<br>Office of Atty. Gen.<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Timberview Veterinary Hospital, Inc.<br>106 West Cabin Hallow Road<br>Dillsburg, PA 17019-9223 |
| United States Trustee — ECF<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | John Weidman<br>Brown Schultz Sheridan & Fritz<br>210 Grandview Avenue<br>Camp Hill, PA 17011-1715 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA | (u)Brown Schultz Sheridan & Fritz | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    2<br>Total    12 |